No. 6467. BROWN v. HENDRICK, PRISONS SUPERIN-
TENDENT. C. A. 3d Cir. Certiorari denied. ▮▮▮▮

No. 6533. RAGUSE ET AL. v. CALIFORNIA. Ct. App.
Cal., 2d App. Dist. Certiorari denied.

No. 6554. JOHNSON v. ILLINOIS. Sup. Ct. Ill. Cer-
tiorari denied. ▮▮▮▮

No. 6565. GAYLORD v. WOLKE, SHERIFF. C. A. 7th
Cir. Certiorari denied.

No. 6664. HERNANDEZ v. UNITED STATES. C. A. 5th
Cir. Certiorari denied. ▮▮▮▮

No. 6685. HALE v. UNITED STATES. C. A. 5th Cir.
Certiorari denied. ▮▮▮▮

No. 6686. IACHINO v. UNITED STATES. C. A. 5th Cir.
Certiorari denied. ▮▮▮▮

No. 6687. KNIGHT v. UNITED STATES. C. A. 3d Cir.
Certiorari denied. ▮▮▮▮

No. 6688. GINSBURG v. RICHARDSON, SECRETARY OF
HEALTH, EDUCATION, AND WELFARE. C. A. 3d Cir. Cer-
tiorari denied. ▮▮▮▮

No. 6689. SMITH v. UNITED STATES. C. A. 5th Cir.
Certiorari denied. ▮▮▮▮

No. 6705. HASLAM v. UNITED STATES. C. A. 9th Cir.
Certiorari denied. ▮▮▮▮

No. 6715. KING v. UNITED STATES. C. A. 9th Cir.
Certiorari denied. ▮▮▮▮

No. 6745. CORCINO v. GOVERNMENT OF THE VIRGIN
ISLANDS. C. A. 3d Cir. Certiorari denied. ▮▮▮▮